```
 1  Robert S. Coldren, Esq., Bar No. 81710
    John H. Pentecost, Esq., Bar No. 99527
 2  James S. Morse, Esq., Bar No. 126212
    Boyd L. Hill, Esq., Bar No. 140435
 3  HART, KING & COLDREN
    A PROFESSIONAL LAW CORPORATION
 4  200 Sandpointe, Fourth Floor
    Santa Ana, California 92707
 5  Telephone:  (714) 432-8700
    Facsimile:  (714) 546-7457
 6
    Attorneys for Defendant Cal-Am Properties, Inc.
 7
 8              UNITED STATES DISTRICT COURT
 9   NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10
11  JOYCE ANDERSON and MICHAEL     )  Case No. CV 08 2799
    ANDERSON,                      )
12                                 )
13              Plaintiffs,        )
                                   )  JOINDER IN NOTICE OF REMOVAL OF
14         vs.                     )  ACTION PURSUANT TO 28 U.S.C.
                                   )  SECTION 1441(a)
15  CAL-AM PROPERTIES, INC.; CAVCO )  [FEDERAL QUESTION]
    INDUSTRIES, INC. and DOES 1-100,)
16  Inclusive                      )
                                   )
17              Defendants.        )
                                   )
18                                 )
19                                 )
20                                 )
21
22  TO THE CLERK OF THE ABOVE REFERENCED COURT:
23         Defendant CAL-AM PROPERTIES, INC., hereby joins in the CAVCO
24  INDUSTRIES, INC.'s Notice of Removal to the United States District Court for the
25  Northern District of California of the action filed in the Superior Court of the State of
26  California in and for the County of Alameda (Case No.: HG08384688 entitled "*JOYCE
27  ANDERSON and MICHAEL ANDERSON, plaintiffs, vs. CAL-AM PROPERTIES, INC.;
28  CAVCO INDUSTRIES, INC. and DOES ONE through ONE HUNDRED, inclusive,
```

1 | *Defendants"*)

3 | Dated: 6/4, 2008         HART, KING & COLDREN

By: *James S. Morse*
Robert S. Coldren, Esq.
John H. Pentecost, Esq.
James S. Morse, Esq.
Boyd L. Hill, Esq.
Attorneys for Defendant Cal-Am Properties, Inc.

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 200 Sandpointe, Fourth Floor, Santa Ana, California 92707. On June 4, 2008, I caused the foregoing documents(s) described as: **JOINDER IN NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C SECTION 1441(a) [FEDERAL QUESTION]** to be served on the interested parties in this action as follows:

by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **BY OVERNIGHT COURIER.** I caused such envelope to be placed for collection and delivery on this date in accordance with standard delivery procedures.

☐ **BY ELECTRONIC TRANSMISSION.** I caused such document to be served on this date by electronic transmission in accordance with standard procedures and to the e-mail address listed on the attached service list.

☐ **BY FACSIMILE:** I caused such document(s) to be transmitted by facsimile transmission from a facsimile transmission machine, at Santa Ana, California, with the telephone number, (714) 546-7457 to the parties and/or attorney for the parties at the facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made. A true and correct copy of the transmission report is attached hereto and incorporated herein by reference.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above-referenced person(s).

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 4, 2008, at Santa Ana, California.

Dora Renteria

## SERVICE LIST

| | |
|---|---|
| Paul G. Minoletti, Esq.<br>Brandon L. Reeves, Esq.<br>Greene, Chauvel, Descalso & Minoletti<br>155 Bovet Road, Suite 780<br>San Mateo, CA  94402<br>Tel.: (650) 573-9500<br>Fax: (650) 573-9689 | *Attorneys for Plaintiff Joyce Anderson and Michael Anderson* |
| Kevin R. Mintz, Esq.<br>Bryce Gray, Esq.<br>Rankin, Sproat, Mires, Beaty & Reynolds<br>1333 Broadway, Suite 600<br>Oakland, CA  94612<br>Tel.: (510) 465-3922<br>Fax: (510) 452-3006 | *Attorneys for Defendant Cavco Industries, Inc.* |

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707