1  Robert S. Coldren, Esq., Bar No. 81710
   John H. Pentecost, Esq., Bar No. 99527
2  Boyd L. Hill, Esq., Bar No.140435
   HART, KING & COLDREN
3  A PROFESSIONAL LAW CORPORATION
   200 Sandpointe, Fourth Floor
4  Santa Ana, California 92707
   Telephone:   (714) 432-8700
5  Facsimile:   (714) 546-7457

6  Attorneys for Defendant Cal-Am Properties, Inc.

7

8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11  JOYCE ANDERSON and MICHAEL          )   Case No. C08-2799 EDL
    ANDERSON,                           )
12                                      )   Currently Assigned to U.S. Magistrate Judge
                                        )   Elizabeth D. Laporte
13               Plaintiffs,            )   Courtroom E, 15th Floor
                                        )
14      vs.                             )
                                        )   **STIPULATION OF PLAINTIFF AND**
15  CAL-AM PROPERTIES, INC.; CAVCO      )   **DEFENDANT CAL-AM PROPERTIES,**
    INDUSTRIES, INC. and DOES 1-100,    )   **INC. TO EXTEND TIME FOR RESPONSE**
16  Inclusive                           )   **TO COMPLAINT TO JUNE 23, 2008**
                                        )
17               Defendants.            )   **[L.R. 6-1(a)]**
                                        )
18                                      )
                                        )
19                                      )
                                        )
20  _____)

21

22  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL HEREIN:

23        PLEASE TAKE NOTICE that pursuant to Local Rule 6-1(a) the undersigned, counsel

24  of record for Plaintiffs Joyce and Michael Anderson and for Defendant Cal-Am Properties,

25  Inc., stipulate to extend the time within which Defendant may file its answer or other

26  response to the Complaint on file in this case for a period of fourteen (14) days to June 23,

27  2008.  The undersigned agree that this stipulation will not alter the date of any event or any

28  deadline already fixed by Court order.  By filing this Stipulation with this Court, the

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

1

1  undersigned do not waive their right to decline consent to assignment of this case to a United

2  States Magistrate Judge and to request reassignment of this case to a United States District

3  Judge.

4  Dated: June 9, 2008                  GREENE, CHAUVEL, DESCALSO
                                        & MINOLETTI
5

6                                       By: *Paul G. Minoletti*

7                                       Paul G. Minoletti, Esq.
                                        Brandon L. Reeves, Esq.
8                                       Attorneys for Plaintiffs Joyce and Michael
                                        Anderson
9

10

11 Dated: June 1, 2008                  HART, KING & COLDREN

12

13

14                                      By: *[signature]*

15                                      Robert S. Coldren, Esq.
                                        John H. Pentecost, Esq.
16                                      Boyd L. Hill, Esq.
                                        Attorneys for Defendant Cal-Am Properties,
                                        Inc.
17

18

19

20

21

22

23

24

25

26

27

28

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

37924.004/4818-4987-9298v.1

*STIPULATION TO EXTEND TIME FOR DEFENDANT CAL-AM PROPERTIES, INC. TO RESPOND TO COMPLAINT*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 200 Sandpointe, Fourth Floor, Santa Ana, California 92707. On June 9, 2008, I caused the foregoing documents(s) described as: **STIPULATION OF PLAINTIFF AND DEFENDANT CAL-AM PROPERTIES, INC. TO EXTEND TIME FOR RESPONSE TO COMPLAINT TO JUNE 23, 2008** to be served on the interested parties in this action as follows:

by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **BY OVERNIGHT COURIER**. I caused such envelope to be placed for collection and delivery on this date in accordance with standard delivery procedures.

☐ **BY ELECTRONIC TRANSMISSION**. I caused such document to be served on this date by electronic transmission in accordance with standard procedures and to the e-mail address listed on the attached service list.

☐ **BY FACSIMILE:** I caused such document(s) to be transmitted by facsimile transmission from a facsimile transmission machine, at Santa Ana, California, with the telephone number, (714) 546-7457 to the parties and/or attorney for the parties at the facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made. A true and correct copy of the transmission report is attached hereto and incorporated herein by reference.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above-referenced person(s).

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 9, 2008, at Santa Ana, California.

_____
MARY ANN ROSADA

# SERVICE LIST

1

2   Paul G. Minoletti, Esq.                       *Attorneys for Plaintiff Joyce Anderson and*

3   Brandon L. Reeves, Esq.                    *Michael Anderson*
    Greene, Chauvel, Descalso & Minoletti

4   155 Bovet Road, Suite 780
    San Mateo, CA 94402

5   Tel.: (650) 573-9500
    Fax: (650) 573-9689

6

7   Kevin R. Mintz, Esq.                      *Attorneys for Defendant Cavco Industries, Inc.*
    Bryce Gray, Esq.

8   Rankin, Sproat, Mires, Beaty & Reynolds
    1333 Broadway, Suite 600

9   Oakland, CA 94612
    Tel.: (510) 465-3922

10  Fax: (510) 452-3006

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

ii