1  Kevin R. Mintz, Esq. (Bar No. 172299)
2  Bryce Gray, Esq. (Bar No. 215176)
   RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
3  A Professional Corporation
   1333 Broadway, Suite 600
4  Oakland, CA 94612
   Tel: (510) 465-3922 – Fax: (510) 452-3006
5

6  Attorneys for:
   CAVCO INDUSTRIES, INC.
7

8                    UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11 JOYCE ANDERSON and MICHAEL          Case Number: C08-2799 EDL
   ANDERSON,                              *Case currently assigned to:*
12                                         *U.S. Magistrate Judge Elizabeth D. LaPorte*
13          Plaintiffs,
                                        **STIPULATION TO EXTEND DEADLINE
14 vs.                                  TO FILE ANSWER TO COMPLAINT**

15 CAL-AM PROPERTIES, INC.; CAVCO
   INDUSTRIES, INC. and DOES 1-100,
16 Inclusive,
17
           Defendants.
18 _____/

19 TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:
20         Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between
21
   Plaintiffs JOYCE ANDERSON and MICHAEL ANDERSON, on the one hand, and Defendant
22
   CAVCO INDUSTRIES, INC., on the other that the deadline for defendant CAVCO
23
   INDUSTRIES, INC., to file a responsive pleading shall be extended for fourteen days, from its
24
25 present deadline of June 9, 2008. The responsive pleading of CAVCO INDUSTRIES, INC.
26 shall now be due to be filed on or before June 23, 2008.
27         In so stipulating, the parties agree that this Stipulation will not alter the date of
28

Stipulation to Extend Deadline for Cavco Industries, Inc., to File Answer to Complaint   1          C08-2799 EDL

1  any event or any deadline already fixed by the Court. Further, by signing and filing the

2  Stipulation, the undersigned do not waive their right to decline to consent to the assignment of

3  this case to a U.S. Magistrate Judge, or to request reassignment of the case to a U.S. District

4  Court Judge.

5

6  Dated: June 9, 2008.                    GREENE, CHAUVEL, DESCALSO &
                                           MINOLETTI
7

8                                          By: /s/ Paul A. Minoletti
                                           Paul Minoletti
9                                          Attorneys for Plaintiffs JOYCE
10                                         ANDERSON, MICHAEL ANDERSON

11 Dated: June 9, 2008.                    RANKIN, SPROAT, MIRES, BEATY &
                                           REYNOLDS
12

13                                         By: /s/ KRM
14                                         Kevin R. Mintz
                                           Bryce Gray
15                                         Attorneys for Defendant,
                                           CAVCO INDUSTRIES, INC.
16

Stipulation to Extend Deadline for Cavco Industries, Inc., to File Answer to Complaint  2          C08-2799 EDL