Robert S. Coldren, Esq., Bar No. 81710
John H. Pentecost, Esq., Bar No. 99527
Boyd L. Hill, Esq., Bar No.140435
HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 Sandpointe, Fourth Floor
Santa Ana, California 92707
Telephone:  (714) 432-8700
Facsimile:   (714) 546-7457

Attorneys for Defendant Cal-Am Properties, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCE ANDERSON and MICHAEL ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CAL-AM PROPERTIES, INC.; CAVCO INDUSTRIES, INC. and DOES 1-100, Inclusive<br><br>Defendants. | Case No. C08-2799 EDL<br><br>Currently Assigned to U.S. Magistrate Judge Elizabeth D. Laporte<br>Courtroom E, 15th Floor<br><br>**SECOND STIPULATION OF PLAINTIFF AND DEFENDANT CAL-AM PROPERTIES, INC. TO EXTEND TIME FOR RESPONSE TO COMPLAINT TO JUNE 30, 2008**<br><br>[L.R. 6-1(a)] |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL HEREIN:

PLEASE TAKE NOTICE that pursuant to Local Rule 6-1(a) the undersigned, counsel of record for Plaintiffs Joyce and Michael Anderson and for Defendant Cal-Am Properties, Inc., stipulate to extend the time within which Defendant may file its answer or other response to the Complaint on file in this case for an additional period of seven (7) days to June 30, 2008. The parties previously stipulated to extend the time for fourteen (14) days from June 9 to June 23, 2008. The undersigned agree that this stipulation will not alter the

1 date of any event or any deadline already fixed by Court order. By filing this Stipulation
2 with this Court, the undersigned do not waive their right to decline consent to assignment of
3 this case to a United States Magistrate Judge and to request reassignment of this case to a
4 United States District Judge.

5 Dated: June 20, 2008

GREENE, CHAUVEL, DESCALSO
& MINOLETTI

By: _____
Paul G. Minoletti, Esq.
Brandon L. Reeves, Esq.
Attorneys for Plaintiffs Joyce and Michael
Anderson

12 Dated: June 20, 2008

HART, KING & COLDREN

By: _____
Robert S. Coldren, Esq.
John H. Pentecost, Esq.
Boyd L. Hill, Esq.
Attorneys for Defendant Cal-Am Properties,
Inc.

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 200 Sandpointe, Fourth Floor, Santa Ana, California 92707. On June 20, 2008, I caused the foregoing documents(s) described as: **SECOND STIPULATION OF PLAINTIFF AND DEFENDANT CAL-AM PROPERTIES, INC. TO EXTEND TIME FOR RESPONSE TO COMPLAINT TO JUNE 30, 2008** to be served on the interested parties in this action as follows:

by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **BY OVERNIGHT COURIER.** I caused such envelope to be placed for collection and delivery on this date in accordance with standard delivery procedures.

☐ **BY ELECTRONIC TRANSMISSION.** I caused such document to be served on this date by electronic transmission in accordance with standard procedures and to the e-mail address listed on the attached service list.

☐ **BY FACSIMILE:** I caused such document(s) to be transmitted by facsimile transmission from a facsimile transmission machine, at Santa Ana, California, with the telephone number, (714) 546-7457 to the parties and/or attorney for the parties at the facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made. A true and correct copy of the transmission report is attached hereto and incorporated herein by reference.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above-referenced person(s).

☒ **[Federal]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 20, 2008, at Santa Ana, California.

_Dora Renteria_
Dora Renteria

7924.004/4814-8477-4914v.1

i

## SERVICE LIST

| | |
|---|---|
| Paul G. Minoletti, Esq.<br>Brandon L. Reeves, Esq.<br>Greene, Chauvel, Descalso & Minoletti<br>155 Bovet Road, Suite 780<br>San Mateo, CA  94402<br>Tel.: (650) 573-9500<br>Fax: (650) 573-9689 | *Attorneys for Plaintiff Joyce Anderson and Michael Anderson* |
| Kevin R. Mintz, Esq.<br>Bryce Gray, Esq.<br>Rankin, Sproat, Mires, Beaty & Reynolds<br>1333 Broadway, Suite 600<br>Oakland, CA  94612<br>Tel.: (510) 465-3922<br>Fax: (510) 452-3006 | *Attorneys for Defendant Cavco Industries, Inc.* |

**HART, KING & COLDREN**
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707