| | |
|---|---|
| 1 | Kevin R. Mintz, Esq. (Bar No. 172299) |
| 2 | Bryce Gray, Esq. (Bar No. 215176) |
|   | RANKIN, SPROAT, MIRES, BEATY & REYNOLDS |
| 3 | A Professional Corporation |
|   | 1333 Broadway, Suite 600 |
| 4 | Oakland, CA 94612 |
|   | Tel: (510) 465-3922 – Fax: (510) 452-3006 |
| 5 | |
| 6 | Attorneys for: |
|   | CAVCO INDUSTRIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCE ANDERSON and MICHAEL ANDERSON, | Case Number: C08-2799 EDL |
| | *Case currently assigned to:* |
| | *U.S. Magistrate Judge Elizabeth D. LaPorte* |
| Plaintiffs, | |
| vs. | **SECOND STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT** |
| CAL-AM PROPERTIES, INC.; CAVCO INDUSTRIES, INC. and DOES 1-100, Inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between Plaintiffs JOYCE ANDERSON and MICHAEL ANDERSON, on the one hand, and Defendant CAVCO INDUSTRIES, INC., on the other that the deadline for defendant CAVCO INDUSTRIES, INC., to file a responsive pleading shall be extended for an additional ten (10) days, from its present deadline of June 23, 2008. The responsive pleading of CAVCO INDUSTRIES, INC. shall now be due to be filed on or before July 3, 2008.

In so stipulating, the parties agree that this Stipulation will not alter the date of

any event or any deadline already fixed by the Court. Further, by signing and filing the Stipulation, the undersigned do not waive their right to decline to consent to the assignment of this case to a U.S. Magistrate Judge, or to request reassignment of the case to a U.S. District Court Judge.

Dated: June 23, 2008.

GREENE, CHAUVEL, DESCALSO & MINOLETTI

By: _____
Paul Minoletti
Brandon Reeves
Attorneys for Plaintiffs JOYCE ANDERSON, MICHAEL ANDERSON

Dated: June 9, 2008.

RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

By: _____
Kevin R. Mintz
Bryce Gray
Attorneys for Defendant,
CAVCO INDUSTRIES, INC.

Second tipulation to Extend Deadline for Cavco Industries, Inc., to File Answer to Complaint    -2-    C08-2799 EDL

# PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause. My employment address is 1333 Broadway, Suite 600, Oakland, California 94612.

On June 23, 2008, I served copies of the attached document entitled: **SECOND STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT** on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| JOYCE ANDERSON and MICHAEL ANDERSON<br>Paul G. Minoletti, Esq.<br>Brandon L. Reeves, Esq.<br>Greene, Chauvel, Descalso & Minoletti<br>155 Bovet Road, Suite 780<br>San Mateo, CA 94402<br>Tel: (650) 573-9500<br>Fax: (650) 573-9689 | CAL-AM PROPERTIES, INC.<br>John Pentecost, Esq.<br>Hart, King & Coldren, a PLC<br>200 Sandpointe, 4th Floor<br>Santa Ana, CA 92707<br>Tel: (714) 432-8700<br>Fax: (714) 546-7457<br>Email: jpentecost@hkclaw.com |

[XX]   **BY U.S. MAIL.** I caused such envelope to be placed for deposit in the U.S. Postal Service in a sealed envelope, with postage prepaid, addressed to the above, and that envelope was placed for collection and mailing on that date following ordinary business. (CCP § 1013a(3))

[  ]   **BY FEDERAL EXPRESS.** I caused such envelope to be deposited in a Federal Express depository at Oakland, California.

[  ]   **BY PERSONAL SERVICE.** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[  ]   **BY FAX TRANSMISSION.** Pursuant to Rule 2.306 of the California Rules of Court, I caused such document to be transmitted via facsimile to the offices of the addressee(s).

[  ]   **STATE.** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[XX]   **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. *[E-FILED/SERVED ON REPRESENTED PARTIES, - VIA ECF]*

Executed on June 23, 2008, at Oakland, California.

*/s/ Amanda M. Williams*
Amanda M. Williams