Robert S. Coldren, Esq., Bar No. 81710
John H. Pentecost, Esq., Bar No. 99527
Boyd L. Hill, Esq., Bar No.140435
HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 Sandpointe, Fourth Floor
Santa Ana, California 92707
Telephone: (714) 432-8700
Facsimile: (714) 546-7457

Attorneys for Defendant Cal-Am Properties, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCE ANDERSON and MICHAEL ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CAL-AM PROPERTIES, INC.; CAVCO INDUSTRIES, INC. and DOES 1-100, Inclusive<br><br>Defendants. | Case No. C08-2799 EDL<br><br>Assigned for All Purposes to U.S. Magistrate Judge Elizabeth D. Laporte<br>Courtroom E, 15th Floor<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 27, 2008                    HART, KING & COLDREN

By: /s/ Robert S. Coldren
Robert S. Coldren, Esq.
John H. Pentecost, Esq.
Boyd L. Hill, Esq.
Attorneys for Defendant Cal-Am Properties, Inc.

---

37924.004/4822-4322-9698v.1

1

*DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 200 Sandpointe, Fourth Floor, Santa Ana, California 92707. On June 27, 2008, I caused the foregoing documents(s) described as: DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE to be served on the interested parties in this action as follows:

by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

☐ **BY OVERNIGHT COURIER.** I caused such envelope to be placed for collection and delivery on this date in accordance with standard delivery procedures.

☐ **BY ELECTRONIC TRANSMISSION.** I caused such document to be served on this date by electronic transmission in accordance with standard procedures and to the e-mail address listed on the attached service list.

☐ **BY FACSIMILE:** I caused such document(s) to be transmitted by facsimile transmission from a facsimile transmission machine, at Santa Ana, California, with the telephone number, (714) 546-7457 to the parties and/or attorney for the parties at the facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made. A true and correct copy of the transmission report is attached hereto and incorporated herein by reference.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above-referenced person(s).

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 27, 2008, at Santa Ana, California.

                                                                  Laurie Moan

## SERVICE LIST

| | |
|---|---|
| Paul G. Minoletti, Esq.<br>Brandon L. Reeves, Esq.<br>Greene, Chauvel, Descalso & Minoletti<br>155 Bovet Road, Suite 780<br>San Mateo, CA  94402<br>Tel.: (650) 573-9500<br>Fax: (650) 573-9689 | *Attorneys for Plaintiff Joyce Anderson and Michael Anderson* |
| Kevin R. Mintz, Esq.<br>Bryce Gray, Esq.<br>Rankin, Sproat, Mires, Beaty & Reynolds<br>1333 Broadway, Suite 600<br>Oakland, CA  94612<br>Tel.: (510) 465-3922<br>Fax: (510) 452-3006 | *Attorneys for Defendant Cavco Industries, Inc.* |

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

57924.004/4814-8477-4914v.1