**United States District Court**
For the Northern District of California

1
2
3
4
5
6                                    IN THE UNITED STATES DISTRICT COURT
7
8                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  JOYCE ANDERSON                                     NO. CV 08-02799 SC

11             Plaintiff,                              **CLERK'S NOTICE RE: FAILURE
       v.                                              TO FILE ELECTRONICALLY
12                                                     AND/OR REGISTER AS AN E-
                                                       FILER**
13  CAL-AM PROPERTIES INC.
               Defendant.
14  _____/

15
16  On 6/4/08, counsel for Defendant(s) filed a Notice of Removal & Certificate of Service manually, on
17  paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order
18  45.

19
20  The above mentioned paper document has been filed and docketed. However, General Order 45
21  provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
22  presumptively designated" as e-filing cases. Therefore, counsel for Defendant(s) should submit the
23  above mentioned documents, in PDF format within 10 days, as an attachment in an *e-mail* message
24  directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the
25  **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been
26  previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should
    be e-filed.
27
28

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately.  Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: July 1, 2008

                                          <u>Alfred Amistoso</u>
                                          Deputy Clerk