# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Anderson,<br><br>               Plaintiff(s),<br><br>     v.<br><br>Cal-Am Properties, Inc.,<br><br>               Defendant(s). | 08-02799 SC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-02799 SC                              -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: September 4, 2008

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

*[signature]*

———————————————————
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-02799 SC                                    -2-

PROOF OF SERVICE

Case Name:     Anderson v. Cal-Am Properties, Inc.

Case Number:   08-02799 SC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 4, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Brandon L. Reeves
> Greene Chauvel Descalso & Minoletti
> 155 Bovet Road, Suite 780
> San Mateo, CA 94402
> brandon@greenechauvel.com
>
> Paul Gerard Minoletti
> Green Chauvel Descalso & Minoletti
> 155 Bovet Road
> Suite 780
> San Mateo, CA 94402
> pminoletti@greenechauvel.com
>
> James Steven Morse
> Hart King & Coldren
> 200 Sandpointe, 4th Floor
> A Professional Law Corporation
> Santa Ana, CA 92707
> jmorse@hkclaw.com
>
> John Henry Pentecost

Hart King & Coldren
200 Sandpointe, 4th Floor
A Professional Law Corporation
Santa Ana, CA 92707
jpentecost@hkclaw.com

Robert S. Coldren
Hart King & Coldren
200 Sandpointe, 4th Floor
A Professional Law Corporation
Santa Ana, CA 92707
rcoldren@hkclaw.com

Kevin Randall Mintz
Rankin Sproat Mires Beaty & Reynolds
1333 Broadway, Suite 600
A Professional Corporation
Oakland, CA 94612
mintz@rankinlaw.com

Bryce Gray
Rankin Sproat Mires Beaty & Reynolds
1333 Broadway, Suite 600
A Professional Corporation
Oakland, CA 94612
gray@rankinlaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2008 in San Francisco, California.

                    RICHARD W. WIEKING
                    Clerk
                    by:    Lisa M. Salvetti

                    *[signature]*
                    ADR Administrative Assistant
                    415-522-2032
                    lisa_salvetti@cand.uscourts.gov