**Robert S. Coldren, Esq., Bar No. 81710**
**John H. Pentecost, Esq., Bar No. 99527**
**Boyd L. Hill, Esq., Bar No.140435**
**HART, KING & COLDREN**
**A PROFESSIONAL LAW CORPORATION**
**200 Sandpointe, Fourth Floor**
**Santa Ana, California 92707**
**Telephone: (714) 432-8700**
**Facsimile: (714) 546-7457**
**jpentencost@hkclaw.com**

**Attorneys for Defendant Cal-Am Properties, Inc.**

**[E-FILING MANDATORY]**

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

JOYCE ANDERSON and MICHAEL ANDERSON,

Plaintiffs,

vs.

CAL-AM PROPERTIES, INC.; CAVCO INDUSTRIES, INC. and DOES 1-100, Inclusive

Defendants.

Case No. C08-2799 SC

Assigned to U.S. District Court
Judge Samuel Conti
Courtroom 1, 17th Floor

**STIPULATION OF DISMISSAL OF CASE**

**[FRCP 41 (a) (1); L.R. 7-12]**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL HEREIN:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure Section 41 (a) (1).

Dated: October 20, 2008

GREENE, CHAUVEL, DESCALSO & MINOLETTI

By: *Paul G. Minoletti*
Paul G. Minoletti, Esq.
Brandon L. Reeves, Esq.
Attorneys for Plaintiffs Joyce and Michael Anderson

Dated: October 20, 2008

HART, KING & COLDREN

By: *signature*
Robert S. Coldren, Esq.
John H. Pentecost, Esq.
Boyd L. Hill, Esq.
Attorneys for Defendant Cal-Am Properties, Inc.

Dated: October 20, 2008

RANKIN SPROAT, MIRES, BEATY & REYNOLDS

By: *signature*
Kevin R. Mintz, Esq.
Bryce Gray, Esq.
Attorneys for Defendant Cavco Industries, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: 10/21/08

*IT IS SO ORDERED — Judge Samuel Conti — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

Judge Samuel Conti

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707